UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Christal Hodge

                          Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-cr-  ( )

21 Mag 7866

Defendant ___C. Hodge___ hereby voluntarily consents to participate in the following proceeding via ~~video~~ tele conferencing: /OTW/

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Felony Plea/Trial/Sentence

*[signature]* For Christal Hodge
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christal Hodge
_____
Print Defendant's Name

*[signature]*
_____
Defense Counsel's Signature

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

Sept. 17, 2021
_____
Date

*[signature]*
_____
U.S. Magistrate Judge – ONA T. WANG